# Court of Appeals
# of the State of Georgia

ATLANTA,　November 10, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0318. BRYAN HOWARD et al. v. MONNESIA ATCHISON.**

This case was docketed by this court on September 15, 2020, and appellant's brief and enumerations of error were initially due October 5, 2020. Appellant filed an extension of time on October 5, 2020, advising the parties reached a settlement in principle, which would include dismissal of the appeal. The Court granted the extension request until November 5, 2020. As of the date of this order, appellant has not filed a brief and enumeration of errors or a dismissal of the appeal, and has not requested an additional extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　11/10/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*